UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No.  4:12cr3-RH

WILLIE J. COACHMAN,

    Defendant.

_____/

ORDER GRANTING THE GOVERNMENT'S MOTION TO
APPOINT A RECEIVER TO SELL DEFENDANT'S PROPERTY
AND TO APPLY PROCEEDS TOWARDS RESTITUTION JUDGMENT

THIS CAUSE came before the Court on Plaintiff's Motion to Appoint a Receiver to Sell Defendant's Property and to Apply the Proceeds Towards Restitution Judgment. The defendant has not filed a memorandum in response to the motion, and the deadline for doing so has passed. Upon due consideration and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the Government's Motion to Appoint a Receiver to Sell Defendant's Property and to Apply the Proceeds Towards Restitution is **Granted**. It is further

**ORDERED AND ADJUDGED** that:

1)    Manheim of Jacksonville, 10817 New Kings Road, Jacksonville, Florida, 32219, is hereby appointed as the Receiver to marshal and sell the property belonging to Willie J. Coachman, described in the Writ of Execution issued December 21, 2012, as:

**\*1997 Land Rover, VIN No. SALPV1241VA363889**

*2007 Dodge Charger, VIN No. 2B3KA43R97H866911

2) The proceeds obtained from the sale of property, after the payment of the receiver's fee and costs, shall be deposited with the Clerk of the Court, U.S. District Court, Northern District of Florida, Financial Section, 111 North Adams Street, 3rd Floor, Tallahassee, Florida, 32301, by cashier's check or electronic transfer, for payment towards restitution as ordered by the Court;

3) Any storage fees, maintenance costs, and incidental necessary expenses incurred prior to the entry of this Order shall be advanced by the Receiver and repaid from the proceeds of said sale;

4) Manheim of Jacksonville, as Receiver, shall be authorized to execute the appropriate documents to accomplish and finalize the sale and transfer of the property; and

5) The Clerk of the Court shall disburse the funds received from the sale of the subject property towards restitution in accordance with 18 U.S.C. § 3612.

SO ORDERED on November 22, 2013.

s/Robert L. Hinkle
United States District Judge